1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY J. OSBORNE,

11           Plaintiff,                     No. CIV S-10-0216 EFB P

12       vs.

13   GARCIA,

14           Defendant.                     <u>ORDER</u>

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

20       On April 7, 2011, the court ordered plaintiff, for the fourth time, to submit the USM-285

21   form necessary to effect service on defendant Garcia within 30 days, and warned plaintiff that

22   failure to do so would result in the case's dismissal.  Plaintiff did not do so, but asked for an

23   extension of time to file an appeal.  On April 21, 2011, the court warned plaintiff that he must

24   still timely submit the service documents or his case would be dismissed.  The thirty day period

25   has passed, and plaintiff has not submitted the necessary service documents.

26   ////

1  Accordingly, it is hereby ORDERED that this action is dismissed without prejudice. *See*
2 Fed. R. Civ. P. 41(b).
3 DATED: June 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE